IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA G. SMITHSON,<br>    Plaintiff,<br>        v.<br>BEDFORD COUNTY CORRECTIONAL<br>FACILITY, *et al.*<br>    Defendants | :<br>:<br>: Case No. 3:22-cv-119-KAP<br>:<br>:<br>: |

<u>Order</u>

Plaintiff Smithson has filed a second civil complaint subject to the Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2), (b)(1)-(2), this one without the filing fee or a motion that complies with the Prison Litigation Reform Act and includes a certified copy of the plaintiff's inmate account statement for the six months prior to the filing of the complaint. The Clerk shall mark this matter administratively closed (that is not a dismissal) until plaintiff pays the filing fee or submits a motion to proceed in forma pauperis that complies with the PLRA.

In accordance with the case management system in place in this district, this case has been preliminarily assigned to me. If petitioner wants to continue with this suit he shall complete an election form (enclosed) either consenting to jurisdiction by a Magistrate Judge (me) with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference back to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals) and shall file the form with the Clerk when he pays the filing fee or files his motion to proceed in forma pauperis.

DATE: August 10, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Joshua Garrett Smithson, #22076
Bedford County Correctional Facility
425 Imlertown Road
Bedford, PA 15522

1